

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2022

No. 04-21-00104-CV

Michael Edward **RODRIGUEZ**,
Appellant

v.

Nora Eliza **GONZALEZ** formerly known as Nora G. Rodriguez,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00908
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:  Irene Rios, Justice
        Beth Watkins, Justice
        Lori I. Valenzuela, Justice

The court has considered appellant's motion for rehearing; the motion is DENIED. *See* TEX. R. APP. P. 49.3.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court